1 | LYNN HUBBARD, III SBN 69773
2 | SCOTTLYNN J HUBBARD, IV, SBN 212970
**LAW OFFICES OF LYNN HUBBARD**
3 | 12 WILLIAMSBURG LANE
CHICO, CA. 95926
4 | Telephone: (530) 895-3252
Facsimile: (530) 894-8244

5 | Attorneys for Plaintiff

8 | UNITED STATES DISTRICT COURT

9 | EASTERN DISTRICT

11 | JOE ANN PETERS,  ) No. CIV.S 05-01942 FCD PAN
   |                 )
12 |      Plaintiff, ) **STIPULATION OF DISMISSAL**
   |                 )
13 |      vs.        ) **AND ORDER THEREON**
   |                 )
14 | SUN-K of CALIFORNIA, LTD dba )
15 | BURGER KING; ROY M.          )
   | MATSUMOTO TRUSTEE of the ROY )
16 | M. MATSUMOTO 1995 TRUST,     )

17 |      Defendants.

18 | ///
19 | ///
20 | ///
21 | ///
22 | ///
23 | ///
24 | ///
25 | ///
26 | ///
27 | ///
28 | ///

TO THE COURT AND ALL PARTIES:

    Pursuant to a Settlement Agreement and Release between plaintiff, JOE ANN PETERS, and defendants, SUN-K of CALIFORNIA, LTD dba BURGER KING; ROY M. MATSUMOTO TRUSTEE of the ROY M. MATSUMOTO 1995 TRUST, the parties herby request that defendants SUN-K of CALIFORNIA, LTD dba BURGER KING; ROY M. MATSUMOTO TRUSTEE of the ROY M. MATSUMOTO 1995 TRUST be dismissed with prejudice from the above-entitled action.  Nothing in this stipulation should be construed to effect defendant Roy M. Matsumoto 1995 Trust's cross-claim against SunK of California, or its Claim against Third Party Defendant Kenny Y. Chu.

Dated:  June 12, 2006            LAW OFFICES OF LYNN HUBBARD, III

                                        /s/ Lynn Hubbard, III, Esquire
                                        LYNN HUBBARD, III
                                        Attorney for Plaintiff

Dated:  June 12, 2006            SEYFARTH SHAW

                                        /s/ Joel Van Parys, Esquire
                                        JOEL VAN PARYS
                                        Attorney for Defendant Sun-K of California,
                                        LTD dba Burger King

Dated:  June 13, 2006            ROPERS MAJESKI KOHN & BENTLEY

                                        /s/ John Simonson, Esquire
                                        JOHN SIMONSON
                                        Attorney for Defendant Roy M. Matsumoto
                                        Trustee of the Roy M. Matsumoto 1995 Trust

**ORDER**

IT IS HEREBY ORDERED that the complaint of plaintiff against defendants SUN-K of CALIFORNIA, LTD dba BURGER KING; ROY M. MATSUMOTO TRUSTEE of the ROY M. MATSUMOTO 1995 TRUST is dismissed with prejudice.

DATED: June 19, 2006        /s/Frank C. Damrell, Jr.
                            UNITED STATES DISTRICT COURT JUDGE