JOHN S. SIMONSON (SBN 58311) ROPERS, MAJESKI, KOHN & BENTLEY
80 North First Street
San Jose, CA  95113
Telephone:    (408) 287-6262
Facsimile:     (408) 918-4501

Attorneys for Defendant/Cross-Complainant/Third-Party Plaintiff ROY M. MATSUMOTO TRUSTEE OF THE ROY M. MATSUMOTO 1995 TRUST

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE ANN PETERS,<br><br>         Plaintiff,<br><br>    v.<br><br>ROY M. MATSUMOTO TRUSTEE OF THE ROY M. MATSUMOTO 1995 TRUST,<br><br>         Defendant and Third-Party Plaintiff,<br><br>    v.<br><br>KENNY Y. CHU,<br><br>         Third-Party Defendant. | CASE NO.  2:05-CV-01942-FCD-PAN<br><br>**STIPULATION OF DISMISSAL OF THIRD-PARTY COMPLAINT AND ORDER THEREON** |

TO THE COURT AND ALL PARTIES:

Pursuant to a mutual agreement to waive costs between Third-Party Plaintiff ROY M. MATSUMOTO TRUSTEE OF THE ROY M. MATSUMOTO 1995 TRUST and Third-Party Defendant KENNY Y. CHU, the parties hereby request that Third-Party Defendant KENNY Y. CHU be dismissed with prejudice from the above-entitled action.  This stipulation may be executed by the parties in one or more counterparts which, taken together, comprise the whole document.  It is further stipulated that a copy of the signature transmitted by facsimile shall have the same legal effect as an original signature.  Nothing in this stipulation should be construed to effect Defendant

ROY M. MATSUMOTO TRUSTEE OF THE ROY M. MATSUMOTO 1995 TRUST'S cross-claim against cross-defendant SUN-K of CALIFORNIA, LTD dba BURGER KING.

Date: July ___, 2006

ROPERS, MAJESKI, KOHN & BENTLEY

By _____
JOHN S. SIMONSON
Attorneys for Defendant/Cross-Defendant

Date: July ___, 2006

MCKINLEY & SMITH

By _____
TIMOTHY M. SMITH
Attorneys for Third-Party Defendant
KENNY Y. CHU

Date: July ___, 2006

SEYFARTH SHAW

By _____
JOEL M. VAN PARYS
Attorneys for cross-defendant SUN-K of
CALIFORNIA, LTD dba BURGER KING

**ORDER**

IT IS HEREBY ORDERED that the Third-Party Complaint of between Third-Party Plaintiff ROY M. MATSUMOTO TRUSTEE OF THE ROY M. MATSUMOTO 1995 TRUST against Third-Party Defendant KENNY Y. CHU is dismissed with prejudice.

Date: March 13, 2008

_____
UNITED STATES DISTRICT COURT JUDGE

-2-    STIPULATION OF DISMISSAL OF THIRD-PARTY COMPLAINT
CASE NO. 2:05-CV-01942-PCD-PAN